```
 1 | LAWRENCE G. BROWN
   | United States Attorney
 2 | R. STEVEN LAPHAM
   | PHILIP A. FERRARI
 3 | Assistant U.S. Attorneys
   | 501 I Street, Suite 10-100
 4 | Sacramento, California 95814
   | Telephone: (916) 554-2744
```

**FILED**

SEP 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO S- 2 09 - CR - 393 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SEALED | ) | |
| Defendant. | ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case.

DATED: Sept 10, 2009

*(signature)*

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge