1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   JAWID WAHIDI
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

10                      * * * * *

11
                                    ) Case No.: 09-CR-0393 JAM
12  UNITED STATES OF AMERICA,        )
                                     )
13          Plaintiff,               ) STIPULATION FOR CONTINUANCE
                                     ) AND ORDER THEREIN
14      vs.                          )
                                     )
15  JAWID WAHIDI,                    )
                                     )
16          Defendant.               )
    _____)
17

18      IT IS HEREBY STIPULATED between the Defendant, JAWID WAHIDI, by and

19  through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant

20  United States Attorney, Philip A. Ferrari that the Status Conference now set to be held on

21  Tuesday, August 24, 2010 at 9:30 a.m. be continued to Tuesday, October 5, 2010 at 9:30 a.m.

22      It is further stipulated by the parties that any delay resulting from this continuance shall

23  be excluded on the following basis:

24

25      1.    Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice

26            served by taking such action outweighs the best interest of the public and the

27            defendant in a speedy trial;

28

Stipulation to Continue
Case No. 09-0393 JAM

PDF created with pdfFactory trial version www.pdffactory.com

1

2.        Title 18, United States Code, Section 3161(h)(7)(B)(ii) -- that it is unreasonable

2        to expect adequate preparation for pre-trial proceedings or for the trial itself with

3        the time limits established due to the complexity of the case.

4

5                                              Respectfully submitted,

6    Dated:  August 23, 2010

7

8                                              _____/s/ Anthony P. Capozzi_____
                                               Anthony P. Capozzi,
                                               Attorney for Defendant,
9                                              JAWID WAHIDI

10

11   Dated:  August 23, 2010

12

13                                             _____/s/ Philip A. Ferrari_____
                                               Philip A. Ferrari,
14                                             Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue
Case No. 09-0393 JAM

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.   Good cause having been shown, the Status Conference scheduled to be held on Tuesday, August 24, 2010 is vacated and is now scheduled for Tuesday, October 5, 2010 at 9:30 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated:  August 23, 2010

/s/ John A. Mendez_____
Honorable John A. Mendez,
U.S. District Court Judge

Stipulation to Continue
Case No. 09-0393 JAM

PDF created with pdfFactory trial version www.pdffactory.com