ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JAWID WAHIDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JAWID WAHIDI, )<br><br>Defendant. ) | Case No.: 09-CR-0393 JAM<br><br>STIPULATION FOR CONTINUANCE<br>AND ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendant, JAWID WAHIDI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Philip A. Ferrari that the Status Conference now set to be held on Tuesday, January 4, 2011 at 9:30 a.m. be continued to Tuesday, February 8, 2011 at 9:30 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

PDF created with pdfFactory trial version www.pdffactory.com

2.      Title 18, United States Code, Section 3161(h)(7)(B)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  December 30, 2010

          /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JAWID WAHIDI

Dated:  December 30, 2010

          /s/ Philip A. Ferrari
Philip A. Ferrari,
Assistant U.S. Attorney

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

## <u>ORDER</u>

IT IS SO ORDERED.   Good cause having been shown, the Status Conference scheduled to be held on Tuesday, January 4, 2011 is vacated and is now scheduled for Tuesday, February 8, 2011 at 9:30 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated:  December 30, 2010

/s/ John A. Mendez_____
**Honorable John A. Mendez,**
**U.S. District Court Judge**

Stipulation to Continue
Case No. 09-0393 JAM

PDF created with pdfFactory trial version www.pdffactory.com