BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-09-0393 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JAWID WAHIDI, | ) | Date: April 26, 2011 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Hon. John A. Mendez |
| _____ | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jawid Wahidi, by and through his counsel Anthony Capozzi, that the status conference currently set for February 15, 2011, be vacated and reset for April 26, 2011 at 9:30 a.m.  The reason for the requested continuance is continuity of counsel, and so that the parties may continue to investigate and continue work already in progress to resolve the matter.  The parties stipulate that the ends of justice are served by the Court excluding the time between the date of this Order and the status conference on April 26 from calculation under the speedy trial act, so that each defense

-1-

counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for April 26, 2011 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 10, 2011     /s/ Philip Ferrari for
                             ANTHONY CAPOZZI, ESQ.
                             Attny. for Jawid Wahidi


DATED: February 10, 2011     BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Philip A. Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney


**IT IS SO ORDERED.**



DATED: 2/11/2011
                             /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT JUDGE