```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-09-0393 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER SETTING |
| | ) | CHANGE OF PLEA |
| v. | ) | |
| | ) | |
| JAWID WAHIDI, | ) | Date: May 10, 2011 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Hon. John A. Mendez |
| _____ | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jawid Wahidi, by and through his counsel Anthony Capozzi, that this matter be set for a change of plea on May 10, 2011 at 9:30 a.m. A copy of the proposed plea agreement has been filed on the docket for the above-referenced matter. The parties stipulate that the ends of justice are served by the Court excluding the time between the date of this Order and the change of plea on May 10 from calculation under the speedy trial act, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18

-1-

U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for May 10, 2011 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 2, 2011          /s/ Philip Ferrari for
                            ANTHONY CAPOZZI, ESQ.
                            Attny. for Jawid Wahidi


DATED: May 2, 2011          BENJAMIN B. WAGNER
                            United States Attorney

                        By: /s/ Philip A. Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED: 5/2/2011
                            /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            UNITED STATES DISTRICT JUDGE

-2-