**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

            RE:  **Jawid WAHIDI**
               **Docket Number: 2:09CR00393-01**
               **Current Sentencing Date: 10/20/2011**
               **REQUEST TO SET STATUS HEARING**
               **RE: JUDGMENT AND SENTENCING**

Your Honor:

On May 10, 2011, the defendant entered into a plea agreement, pled guilty to a violation of 18 USC 1341 - Mail Fraud (under special agreements with the Government), and was set for judgment and sentencing. In this regard, and due to availability of defense counsel, the matter was continued by the defense, with the Government's agreement, to the current sentencing date.

Since then, the defendant and his counsel have been unable to keep scheduled appointments for the presentence investigation interview and have not submitted any documents to that end. Further, it appears, by representation of defense counsel, the defendant intends to honor his special agreements with the government but has yet to do so. This delayed the presentence report process and the current disclosure schedule is now obsolete. Defendant's agreement with the Government remains pending.

RE:   Jawid WAHIDI
   Docket Number:   2:09CR00393-01
   **REQUEST TO SET STATUS HEARING RE: JUDGMENT AND SENTENCING**

With these facts in mind, it is respectfully recommended that the Court vacate the judgment and sentencing date of October 18, 2011, and the schedule of disclosure. Further, it is recommended that the Court order a Status Hearing re: Judgment and Sentencing for October 18, 2011, at 9:30 a.m.

Respectfully submitted,

/s/

**THOMAS H. BROWN**
**Senior United States Probation Officer**

Dated:   September 28, 2011
   Sacramento, California
   THB:thb


**REVIEWED BY:**   /s/
   _____
   **JEFFREY C. OESTREICHER**
   **Supervising United States Probation Officer**


cc:   Philip A. Ferrari
   Assistant United States Attorney

   Anthony P. Capozzi
   Defense Counsel


AGREE:   ____X_____          DISAGREE:   _____


_____/s/ John A. Mendez_____          September 30, 2011
**JOHN A. MENDEZ**                    DATE
United States District Judge