1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California  93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail:  capozzilaw@aol.com
5
   Attorney for Defendant,
6  JAWID WAHIDI

7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) Case No.: 09-CR-00393 JAM
                                  )
11          Plaintiff,            )
                                  ) STIPULATION FOR CONTINUANCE
12      vs.                       ) AND ORDER
                                  )
13 JAWID WAHIDI,                  )
                                  ) DATE: March 27, 2012
14          Defendant.            ) TIME: 9:30 a.m.
   _____) Hon. John A. Mendez
15

16      IT  IS  HEREBY  STIPULATED  between  the  Defendant,  JAWID

17 WAHIDI,  by  and  through  his  attorney  of  record,  Anthony  P.

18 Capozzi,  and  Plaintiff,  by  and  through  Assistant  United

19 States  Attorney,  Philip  A.  Ferrari,  that  the  Sentencing  now

20 set  to  be  held  on  Tuesday,  February  14,  2012  at  9:30  a.m.  be

21 continued  to  Tuesday,  March  27,  2012  at  9:30  a.m.

22 ///

23 ///

24 ///

25

26

27

28
                              - 1 -
              Stipulation for Continuance and Proposed Order
                    CASE NO.: 09-CR-00393 JAM

PDF created with pdfFactory trial version www.pdffactory.com

1                                    Respectfully submitted,

2

3    DATED: February 9, 2012

4                                    /s/ Anthony P. Capozzi

5                                    ANTHONY P. CAPOZZI
                                     Attorney for, Jawid Wahidi
6    DATED: February 9, 2012

7                                    /s/ Philip A. Ferrari

8                                    PHILIP A. FERRARI
                                     Assistant United States Attorney
9

10

11                                **ORDER**

12      Good cause having been shown, the Sentencing scheduled to

13   be held on Tuesday, February 14, 2012 is hereby vacated and

14   continued to Tuesday, March 27, 2012 at 9:30 a.m.

15      **IT IS SO ORDERED.**

16

17

18   Dated: February 10, 2012

19

20                                   /s/ John A. Mendez_____
                                     Honorable John A. Mendez,
21                                   U.S. District Court Judge

22

23

24

25

26

27

28

                                    - 2 -
                     Stipulation for Continuance and Proposed Order
                            CASE NO.: 09-CR-00393 JAM

PDF created with pdfFactory trial version www.pdffactory.com